IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES ON BEHALF OF TEAMSTERS
BENEFIT TRUST,

    Plaintiff,

v.

PACIFIC SAND & GRAVEL, INC., et al.,

    Defendants.
_____/

No. C-05-148 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On May 6, 2005, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for May 10, 2005 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak briefly and shall pause at regular intervals to allow the court to comment on the information presented. If the Court concludes that the telephonic appearance is interfering with the conference, the Court may continue the telephonic conference and may order personal appearances.

    Counsel shall stand by beginning at 3:00 p.m. on May 10, 2005 until called by the Court.

**IT IS SO ORDERED.**

Dated: May 9, 2005

                                                      _____
                                                      ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge