CATHERINE E. AROSTEGUI, SBN 118756
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone: 916.441.2196
Facsimile: 916.441.5208

Attorneys for TRUSTEES ON BEHALF OF
TEAMSTERS BENEFIT TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SAND & GRAVEL, INC., et al.,<br><br>Defendants. | Case No.  C-05-00148 EDL<br><br>**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE, TRIAL DATE AND RELATED COURT DEADLINES; [PROPOSED] ORDER** |

Pursuant to Local Rule 7.12, the parties to the above-referenced action, by and through their undersigned counsel, hereby stipulate and respectfully request the Court to continue the Motion for Summary Judgment hearing date, and the trial date and related court dates and deadlines in this matter. Specifically, the parties request the following continuances:

1.  Plaintiff's Motion for Summary Judgment, currently set to be heard on September 13, 2005, be continued to November 22, 2005 at 9:30 a.m. in Courtroom E;

2.  The Pretrial Conference, currently set for October 18, 2005, be continued for two (2) months to December ____, 2005 at 2:00 p.m. in Courtroom E;

3. The deadline for the parties to meet and confer regarding the Pretrial Conference, as set forth in this Court's Order dated May 12, 2005, be continued to thirty (30) days prior to the new Pretrial Conference date;

4. The deadline for the parties to file a joint pretrial statement, trial briefs, motions in limine, exchange and file exhibits and other pre-trial documents, as set forth in this Court's Order dated May 12, 2005, be continued to twenty (20) days prior to the new Pretrial Conference date;

5. The deadline for the parties to file objections and oppositions to motions in limine, as set forth in this Court's Order dated May 12, 2005, be continued to ten (10) days prior to the new Pretrial Conference date;

6. The trial date, currently set for November 7, 2005, be continued for two (2) months to January ____, 2006 at 8:30 a.m. in Courtroom E.

The parties contend there is good cause for these requests. The parties have tentatively reached a settlement agreement and seek the additional time to avoid incurring additional fees and costs, and to ensure Defendant's compliance with terms of the agreement that need to be met prior to dismissal of the action. It is anticipated that those terms will be met by late October, 2005, and the parties will then notify the Court of the settlement and file the appropriate dismissal paperwork.

Dated: August 30, 2005

_____
COSTA KERESTENZIS,
BEESON, TAYER & BODINE, APC
Attorneys for Teamsters Benefit Trust

///

///

| | |
|---|---|
| 1 | |
| 2 | |
| 3 Dated: | _____ |
| | PAUL SIMPSON, |
| 4 | SIMPSON, GARRITY & INNES |
| | Attorneys for Pacific Sand & Gravel, Inc., |
| 5 | and Ricardo "Rick" Ramirez |

## ORDER

Having considered the arguments made herein and with good cause showing, the Court orders the following continuances in this matter:

1. Plaintiff's Motion for Summary Judgment, currently set to be heard on September 13, 2005, is continued to November 22, 2005 at 9:30 a.m. in Courtroom E;

2. The Pretrial Conference, currently set for October 18, 2005, is continued to ~~December ___, 2005~~ January 17, 2006 at 2:00 p.m. in Courtroom E;

3. The deadline for the parties to meet and confer regarding the Pretrial Conference, as set forth in this Court's Order dated May 12, 2005, is continued to thirty (30) days prior to the new Pretrial Conference date;

4. The deadline for the parties to file a joint pretrial statement, trial briefs, motions in limine, exchange and file exhibits and other pre-trial documents, as set forth in this Court's Order dated May 12, 2005, is continued to twenty (20) days prior to the new Pretrial Conference date;

5. The deadline for the parties to file objections and oppositions to motions in limine, as set forth in this Court's Order dated May 12, 2005, is continued to ten (10) days prior to the new Pretrial Conference date;

6. The trial date, currently set for November 7, 2005, is continued to January __30__, 2006 at 8:30 a.m. in Courtroom E.

Dated: September 6, 2005

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 – 6th Street, Suite 500, Sacramento, California 95814  On this day I served the foregoing Document(s):

**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE, TRAIL DATE AND RELATED COURT DEADLINES; [PROPOSED] ORDER**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Paul V. Simpson, Esq.
Simpson, Garrity & Innes
601 Gateway Blvd., Suite 950
South San Francisco, CA  94080

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below.  Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Sacramento, California, on this date, September 2, 2005.

*Meri K. Schmidgall*
Meri K. Schmidgall
BEESON, TAYER & BODINE