CATHERINE E. AROSTEGUI, SBN 118756
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone: 916.441.2196
Facsimile: 916.441.5208

Attorneys for TRUSTEES ON BEHALF OF
TEAMSTERS BENEFIT TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION.

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SAND & GRAVEL, INC., et al.,<br><br>Defendants. | Case No.  C-05-00148 EDL<br><br>**STIPULATION RE STIPULATED JUDGMENT, DISMISSAL OF ACTION; ORDER** |

Pursuant to the terms of the Settlement Agreement in this matter, the above-referenced parties hereby request this Court to enter judgment against Defendants PACIFIC SAND & GRAVEL, INC. (aka Pacific Cement Company) and RICK RAMIREZ as set forth in the Stipulated Judgment attached as Exhibit 1.  The parties agree that no payments have been made on the Judgment amount set forth in Exhibit 1, and that Plaintiff has not incurred any attorney's fees in executing the Judgment.

///

///

///

1  The parties also request, that once Judgment is entered by the Court, this action be dismissed
2  with prejudice.

Dated: 11-11-05

_____
COSTA KERESTENZIS,
BEESON, TAYER & BODINE, APC
Attorneys for Teamsters Benefit Trust

Dated: 11-10-05

_____
PAUL SIMPSON,
SIMPSON, GARRITY & INNES
Attorneys for Pacific Sand & Gravel, Inc.,
and Ricardo 'Rick" Ramirez

**IT IS SO ORDERED.**

Dated: November 14, 2005

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]

_____
ELIZABETH D. LAPORTE
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**EXHIBIT 1**

CATHERINE E. AROSTEGUI, SBN 118756
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA 95814
Telephone: 916.441.2196
Facsimile: 916.441.5208

Attorneys for TRUSTEES ON BEHALF OF
TEAMSTERS BENEFIT TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION.

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SAND & GRAVEL, INC., et al.,<br><br>Defendants. | Case No. C-05-00148 EDL<br><br>**STIPULATED JUDGMENT** |

Pursuant to the terms of the Settlement Agreement attached hereto, the parties to the above-referenced action hereby stipulate and agree to have judgment taken against Defendants PACIFIC SAND & GRAVEL, INC. (aka Pacific Cement Company) and RICK RAMIREZ as follows:

1. Defendants, jointly and severally, shall pay Plaintiff Teamsters Benefit Trust the sum of $134,580.49 less any monies already paid on this debt;

////

////

////

2.  In addition, Defendants shall pay Plaintiff any attorney's fees and costs accrued by Plaintiff, according to proof by declaration of Plaintiff's counsel[1], in executing said Judgment.

Dated: 10/31/05

COSTA KERESTENZIS,
BEESON, TAYER & BODINE, APC
Attorneys for Teamsters Benefit Trust

Dated: 10/27/05

PAUL SIMPSON,
SIMPSON, GARRITY & INNES
Attorneys for Pacific Sand & Gravel, Inc.,
and Ricardo 'Rick' Ramirez

IT IS SO ORDERED.

Dated: November 14, 2005

IT IS SO ORDERED
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT JUDGE
MAGISTRATE

---

[1] In said declaration, Plaintiff's counsel will also set forth what monies have been received by Defendants to determine the amount of Judgment.

Stipulated Judgment
96142.doc

2

CATHERINE E. AROSTEGUI, SBN 118756
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone:  916.441.2196
Facsimile:  916.441.5208

Attorneys for TRUSTEES ON BEHALF OF
TEAMSTERS BENEFIT TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION.

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SAND & GRAVEL, INC., et al.,<br><br>Defendants. | Case No.  C-05-00148 EDL<br><br>**AMENDED SETTLEMENT AGREEMENT** |

This is an Amended Agreement between Plaintiff **Teamsters Benefit Trust** and its agents/ representatives (hereinafter "Trust Fund") and Defendants **PACIFIC SAND & GRAVEL, INC. aka Pacific Cement, and RICARDO 'RICK' RAMIREZ** and their agents/representatives (hereinafter "Company") intended to resolve the above-referenced action.  This Amended Agreement supersedes the Agreement signed by the parties on or about August 20, 2005, which Defendants breached along with the Second Promissory Note executed at that time.  Furthermore, this Agreement only encompasses the time period referenced herein, and in no way precludes the Trust Fund to seek further monies from Defendants should an Audit discover misreporting by Defendants.

It is hereby agreed by and between the parties as follows:

a. Beginning September 2004 and continuing through August 2005, the Company failed to make timely health and welfare contributions or payments owed to the Trust Fund resulting in harm and damages to the Trust Fund. Pursuant to the terms of the Trust Agreement, to which the Company is a party, the Company owes liquidated damages for each of the tardy contributions. The total liquidated damages owed is $17,281.06;

b. In addition to the owed liquidated damages, the Company has failed to pay contributions for the following months: April, 2005 hours due in May, 2005; May 2005 hours due in June 2005; June 2005 hours due in July 2005; and July 2005 hours due in August 2005. The total delinquent contributions owed is $65,936.39;

c. Attached as Exhibit 1 is a table setting forth the owed contributions and liquidated damages;

d. On September 28, 2004, for value received, the Company executed and delivered to the Trust Fund a certain Promissory Note, in which the Company promised to pay the Trust Fund the sum of $53,742.18 in twelve (12) monthly installments or payments beginning in July 2004 and ending in June 2005. The Note covers delinquent contributions, liquidated damages, interest and attorney's fees owed by the Company for the period of December 2002 through April 2004, and includes interest at the rate of 6% per annum during the term of the payment plan;

e. The Company made payments on the note for July, August, September, October, and November 2004, totaling 22,392.60. The October 2004 and November 2004 payments were received late (on or about November 12, 2004 and January 19, 2005 respectively). However, the Company failed to make any further payments and the Company also failed to pay late charges due for the October 2004 and November 2004 payments;

f. Accordingly, pursuant to the terms of the Note, the Company breached its obligations and it owes the Trust Fund $31,349.58 as principal, and $895.70 in late charges;

g. Finally, the Trust Fund has incurred well over $11,500.00 in attorney's fees and costs in the above-referenced action.

**THEREFORE**, in lieu of continued litigation and the costs associated therein, and in an effort to resolve this action and any disputes or claims arising out of the incidents, acts and/or omissions specified in paragraphs a-g above, the parties agree as follows:

1. The Company agrees to pay to the Trust Fund a total of $126,962.73 (plus interest) which includes the sum of $17,281.06 owed as liquidated damages, the sum of $65,936.39 owed for unpaid contributions, the sum of $31,349.58 owed for the breach of the Promissory Note, $895.70 in late charges, and the sum of $11,500.00 owed for attorney's fees and costs;

2. It is agreed that the amounts owing will be paid in monthly installments over twelve months pursuant to the terms and conditions of the Third Promissory Note. Said terms and conditions includes the accrual of interest at the rate of six percent (6%) during the term of the Note, the provision of attorney's fees and costs to the Trust Fund should the Company breach the terms of the Note and the Trust Fund takes further legal action, and a guaranty by Ricardo 'Rick' Ramirez. The Third Promissory Note (attached as Exhibit 2) shall be executed by the parties at the time of this Agreement;

3. The Company also agrees to keep current on all of its obligations owing to the Trust Fund. Furthermore, in lieu of monthly contributions, the Company agrees to pay its health and welfare contributions on a weekly basis as it has been obligated to do so since the signing of the first Settlement Agreement. Contribution reports and payments shall be postmarked to the Trust Fund by every Friday for the prior workweek. Said arrangement shall continue

until the Third Promissory Note is paid off. Furthermore, it is agreed that the Trust Agreement's Liquidated Damages clause shall continue to apply to any tardy weekly contributions;

4. In addition to the audit obligations set forth in the Trust Agreement, the Company also agrees to allow the Trust Fund access to its payroll records, at any time necessary to confirm the propriety of the health and welfare contributions;

5. Finally, the parties agree that any breach of the terms set forth herein and/or terms of the Third Promissory Note attached hereto by Defendants shall authorize the Trust Fund to file, execute and collect on the attached Stipulated Judgment signed by the parties (Exhibit 3);

6. Upon execution of this Agreement, and timely payment of the first payment due under the Third Promissory Note, the Trust Fund agrees to dismiss the above-referenced action with prejudice.

Dated: 10-31-05

COSTA KERESTENZIS,
BEESON, TAYER & BODINE, APC
Attorneys for Teamsters Benefit Trust

Dated: 10-24-05

PAUL SIMPSON,
SIMPSON, GARRITY & INNES
Attorneys for Pacific Sand & Gravel, Inc.,
and Ricardo "Rick" Ramirez

Amended Settlement Agreement
34111.doc

4

# EXHIBIT 1 – OWED LIQUIDATED DAMAGES/CONTRIBUTIONS

| **Hours Worked In** | Contrib. Due | Contributions Paid/ Amt. owing | Liquidated Damages Owed |
|---|---|---|---|
| August 2004 | **September 2004** | Paid | $1,779.15 |
| September 2004 | **October 2004** | Paid | $1,619.78 |
| October 2004 | **November 2004** | Paid | $2,714.34 |
| December 2004 | **January 2005** | Paid | $1,096.28 |
| January 2005 | **February 2005** | Paid | $   954.91 |
| March 2005 | **April 2005** | Paid | $1,204.23 |
| April 2005 | **May 2005** | $19,842.06 | $2,381.05 |
| May 2005 | **June 2005** | $16,579.08 | $1,989.49 |
| June 2005 | **July 2005** | $17,344.73 | $2,081.37 |
| July 2005 | **August 2005** | $12,170.52 | $1,460.46 |

**TOTALS:**      $54,936.39      $17,281.06

[handwritten: (1) 65]

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 520 Capitol Mall, Suite 300, Sacramento, California 95814  On this day I served the foregoing Document(s): **Stipulation re Stipulated Judgment, Dismissal of Action; Order; Amended Settlement Agreement.**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Paul V. Simpson, Esq.
Simpson, Garrity & Innes
601 Gateway Blvd., Suite 950
South San Francisco, CA  94080

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☒ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

Paul V. Simpson, Esq. @ fax no,:650/615-4861

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, November 11, 2005.

*/s/ Donna M. Stewart*
Donna M. Stewaryt
BEESON, TAYER & BODINE